JOHN STEINEL v. CIVIL SERVICE COMMISSION.

April 10, 1984.

Petition for certification granted. (See 193 *N.J.Super.* 629)

CLEVELAND CHRISTMAS v. CITY OF ENGLEWOOD.

April 10, 1984.

The Court having determined that this matter does not present questions that may be appealed as of right under *R.* 2:2–1(a), and good cause appearing;

It is ORDERED that the within matter be treated as a petition for certification from the judgment of the Appellate Division; and it is further

ORDERED that the petition for certification is denied.

IN THE MATTER OF THE COMMITMENT OF A.L.U.

April 30, 1984.

Petition for certification denied. (See 192 *N.J.Super.* 480)